CLOSED

$Cv-11-25-Bu-SEH$

## U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:07-cv-01824-CJB-KWR
## Internal Use Only

Givens et al v. Federal Express Corporation et al
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Karen Wells Roby
Cause: 29:201 Fair Labor Standards Act

Date Filed: 04/13/2007
Date Terminated: 05/06/2011
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

### Plaintiff

**Troy Givens**
*Individually, and on behalf of all others*
*similarly situated*

represented by **Eileen S. Goodin**
Barkan Meizlish Handelman Goodin
DeRose Wentz, LLP (Columbus
250 E. Broad St.
10th Floor
Columbus, OH 43215
614-221-4221
Fax: 614-744-2301
Email: egoodin@barkanmeizlish.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce H. Meizlish**
Meizlish & Grayson
830 Main St.
Suite 999
Cincinnati, OH 45202
513-345-4700
Email: brucelaw@fuse.net
*ATTORNEY TO BE NOTICED*

**Deborah R. Grayson**
Meizlish & Grayson
830 Main St.
Suite 999
Cincinnati, OH 45202
513-345-4700
Email: drgrayson@fuse.net
*ATTORNEY TO BE NOTICED*

**Edward R. Forman**
Marshall & Morrow, LLC
111 West Rich St.
Suite 430
Columbus, OH 43215-5296



CLERK'S OFFICE
A TRUE COPY
May 25 2011
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

614-463-9790
Email: eforman@ee.net
*ATTORNEY TO BE NOTICED*

**George A. Barton**
George A. Barton, P.C.
800 W. 47th Street
Suite 700
Kansas City, MO 64112
816-300-6250
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
Lichten & Liss-Riordan, PC
100 Cambridge St.
20th Floor
Boston, MA 02114
617-994-5800
Email: hlichten@llrlaw.com
*ATTORNEY TO BE NOTICED*

**John S. Marshall**
Marshall & Morrow, LLC
111 West Rich St.
Suite 430
Columbus, OH 43215-5296
614-463-9790
Email: jmarshall@marshallandmorrow.com
*ATTORNEY TO BE NOTICED*

**Mary D. Walsh-Dempsey**
O'Malley & Langan, PC
426 Mulberry St.
Suite 104
Scranton, PA 18503
570-344-2667
Email: mdempsey@omalleylangan.com
*ATTORNEY TO BE NOTICED*

**Matthew M. Houston**
Harwood Feffer, LLP
488 Madison Avenue
New York, NY 10022
212-425-0630

**Monica Ferraro**
Barkan, Neff, Handelman, Meizlish, LLP
(New Orleans)
1515 Poydras St.
Suite 2230
New Orleans, LA 70112

504-525-0831
Email: mferraro@barkanmeizlish.com
*ATTORNEY TO BE NOTICED*

**Peter W. Overs , Jr.**
Harwood Feffer, LLP
488 Madison Avenue
New York, NY 10022
212-935-7400

**Peter D. Winebrake**
The Winebrake Law Firm, LLC
Twining Office Center
715 Twining Road
Suite 114
Dresher, PA 19025
215-884-2491
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**
Barkan Meizlish Handelman Goodin
DeRose Wentz, LLP (Columbus
250 E. Broad St.
10th Floor
Columbus, OH 43215
614-221-4221
Fax: 614-744-2300
Email: bderose@barkanmeizlish.com
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
Barkan Meizlish Handelman Goodin
DeRose Wentz, LLP (Columbus
250 E. Broad St.
10th Floor
Columbus, OH 43215
614-221-4221
Email: rhandelman@bnhmlaw.com
*ATTORNEY TO BE NOTICED*

**Robert I. Harwood**
Harwood Feffer, LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

**Salvatore G. Gangemi**
Gangemi Law Firm, P.C.
82 Wall Street
Suite 300
New York, NY 10005

212-425-0630

**Sanford A. Meizlish**
Barkan Meizlish Handelman Goodin
DeRose Wentz, LLP (Columbus
250 E. Broad St.
10th Floor
Columbus, OH 43215
614-221-4221
Email: smeizlish@bnhmlaw.com
*ATTORNEY TO BE NOTICED*

**Shannon Liss-Riordan**
Lichten & Liss-Riordan, PC
100 Cambridge St.
20th Floor
Boston, MA 02114
617-994-5800
Email: sliss@llrlaw.com
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
Morin Law Firm, PLLC
125 West Granite
Suite 109
Butte, MT 59701
406-782-5621
Email: morinlawfirm@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. O'Malley**
O'Malley & Langan, PC
426 Mulberry St.
Suite 104
Scranton, PA 18503
570-344-2667
Email: tomalley@omalleylangan.com
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
Watton Law Group
700 N. Water St.
Suite 500
Milwaukee, WI 53202
414-273-6858
Email: vgaroukian@wattongroup.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarence Dalcour**
*Individually, and on behalf of all others*
*similarly situated*

represented by **Eileen S. Goodin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce H. Meizlish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deborah R. Grayson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward R. Forman**
Marshall & Morrow, LLC
111 West Rich St.
Suite 430
Columbus, OH 43215-5296
614-463-9790
Email: eforman@marshallandmorrow.com

**George A. Barton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John S. Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary D. Walsh-Dempsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew M. Houston**
(See above for address)

**Monica Ferraro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter W. Overs , Jr.**
(See above for address)

**Peter D. Winebrake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert I. Harwood**
(See above for address)

**Salvatore G. Gangemi**
(See above for address)

**Sanford A. Meizlish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon Liss-Riordan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. O'Malley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andy Parker**                    represented by **Beth A. Ross**
Leonard Carder LLP
1188 Frank St.
Suite 201
San Francisco, CA 94109
415-771-6400
Email: bross@leonardcarder.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Agostino**
Anderson Agostino & Keller PC
131 S. Taylor St.
South Bend, IN 46601-1521

574-288-1510
Email: agostino@aaklaw.com
*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
Lockridge Grindal Nauen
100 Washington Ave. S
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: seellingstad@locklaw.com
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Vosbein**                        represented by **Beth A. Ross**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Peter J. Agostino**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Susan E. Ellingstad**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Tina L. Morin**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

                                            **Victoria Kies Garoukian**
                                            (See above for address)
                                            *PRO HAC VICE*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tim Ketterhagen**                        represented by **Beth A. Ross**
                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Agostino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ya Vang**                        represented by **Beth A. Ross**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Peter J. Agostino**
                                   (See above for address)
                                   *ATTORNEY TO BE NOTICED*

                                   **Susan E. Ellingstad**
                                   (See above for address)
                                   *ATTORNEY TO BE NOTICED*

                                   **Tina L. Morin**
                                   (See above for address)
                                   *PRO HAC VICE*
                                   *ATTORNEY TO BE NOTICED*

                                   **Victoria Kies Garoukian**
                                   (See above for address)
                                   *PRO HAC VICE*
                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Wise**                   represented by **Beth A. Ross**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

Peter J. Agostino
(See above for address)
*ATTORNEY TO BE NOTICED*

Susan E. Ellingstad
(See above for address)
*ATTORNEY TO BE NOTICED*

Tina L. Morin
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Victoria Kies Garoukian
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeff Smith**                                represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter J. Agostino
(See above for address)
*ATTORNEY TO BE NOTICED*

Susan E. Ellingstad
(See above for address)
*ATTORNEY TO BE NOTICED*

Tina L. Morin
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Victoria Kies Garoukian
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Neal, III**                          represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter J. Agostino
(See above for address)

*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genaro Vargas**                    represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Agostino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Attilio Cantanese**                    represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eileen S. Goodin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica Ferraro**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter J. Agostino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Dunmire**                                represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Agostino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan E. Ellingstad**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Hatton**                                    represented by **Beth A. Ross**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Peter J. Agostino**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Susan E. Ellingstad**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Tina L. Morin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Victoria Kies Garoukian**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adelbert Lawrence**                              represented by **Beth A. Ross**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Eileen S. Goodin**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Monica Ferraro**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Peter J. Agostino**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert E. DeRose , II**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Robert K. Handelman**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

Susan E. Ellingstad
(See above for address)
*ATTORNEY TO BE NOTICED*

Tina L. Morin
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Victoria Kies Garoukian
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Miner**                          represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter J. Agostino
(See above for address)
*ATTORNEY TO BE NOTICED*

Susan E. Ellingstad
(See above for address)
*ATTORNEY TO BE NOTICED*

Tina L. Morin
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Victoria Kies Garoukian
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Veal**                              represented by **Beth A. Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter J. Agostino
(See above for address)
*ATTORNEY TO BE NOTICED*

Susan E. Ellingstad
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina L. Morin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Kies Garoukian**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Express Corporation**

**Defendant**

**FedEx Ground Package System, Inc.**                    represented by **Phillip A. Wittmann**
Stone, Pigman, Walther, Wittmann, LLC
(New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588
504 -581-3200
Email: pwittmann@stonepigman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Gulotta , Jr.**
Stone, Pigman, Walther, Wittmann, LLC
(New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588
(504) 593-0817
Fax: (504) 596-0817
Email: jgulotta@stonepigman.com
*ATTORNEY TO BE NOTICED*

**Mary Stanfield Bubbett**
Stone, Pigman, Walther, Wittmann, LLC
(New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588
(504) 581-3200
Email: mjackson@stonepigman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FedEx Home Delivery**                    represented by **Phillip A. Wittmann**
*a division of FedEx Ground Package*                    (See above for address)
*System, Inc.*                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mary Stanfield Bubbett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Kevin Hiscox**

represented by **Eileen S. Goodin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica Ferraro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Russell Jackson**

represented by **Eileen S. Goodin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica Ferraro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Ralph Carl Veal**

represented by **Eileen S. Goodin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica Ferraro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. DeRose , II**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K. Handelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2007 | 1 | COMPLAINT with Jury Demand against FedEx Home Delivery, Federal Express Corporation, FedEx Ground Package System, Inc. (Filing fee $ 350.) filed by Troy Givens, Clarence Dalcour. (Attachments: # 1 Civil Cover Sheet)(rll, ) (Entered: 04/16/2007) |
| 04/13/2007 | | Summons Issued as to FedEx Home Delivery, Federal Express Corporation, FedEx Ground Package System, Inc. (rll, ) (Entered: 04/16/2007) |
| 04/27/2007 | 5 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit # 2 Certificate of Good Standing)(plh, ) (Entered: 05/03/2007) |
| 05/01/2007 | 2 | SUMMONS Returned Executed; Federal Express Corporation served on 4/23/2007, answer due 5/14/2007. (plh, ) (Entered: 05/02/2007) |
| 05/01/2007 | 3 | SUMMONS Returned Executed; FedEx Ground Package System, Inc. served on 4/23/2007, answer due 5/14/2007. (plh, ) (Entered: 05/02/2007) |
| 05/01/2007 | 4 | SUMMONS Returned Executed; FedEx Home Delivery served on 4/23/2007, answer due 5/14/2007. (plh, ) (Entered: 05/02/2007) |
| 05/01/2007 | 6 | ORDER granting 5 Motion to Appear Pro Hac Vice as to Robert E. DeRose, II.. Signed by Judge Helen G. Berrigan on 4/30/07. (plh, ) (Entered: 05/03/2007) |
| 05/09/2007 | 7 | EXPARTE/CONSENT MOTION for Extension of Time to Answer by FedEx Home Delivery, FedEx Ground Package System, Inc.. (Attachments: # 1 Proposed Order) (Bubbett, Mary) (Entered: 05/09/2007) |
| 05/11/2007 | 8 | ORDER granting 7 Motion for Extension of Time to Answer re 1 Complaint as to FedEx Home Delivery answer due 6/4/2007; FedEx Ground Package System, Inc. answer due 6/4/2007. Signed by Judge Helen G. Berrigan on 5/11/07. (plh, ) (Entered: 05/14/2007) |
| 05/11/2007 | 9 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to Sanford A. Meizlish (Filing fee $5.) by all plaintiffs. (Attachments: # 1 Affidavit # 2 Proposed Order)(plh, ) (Entered: 05/15/2007) |
| 05/14/2007 | 10 | ORDER denying 9 Motion to Appear Pro Hac Vice as to Sanford A. Meizlish. Signed by Judge Helen G. Berrigan on 5/11/07. (plh, ) (Entered: 05/15/2007) |
| 05/22/2007 | 11 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) as to attorney Sanford A. Meizlish by Troy Givens, Clarence Dalcour. (plh, ) Additional attachment(s) added on 5/29/2007 (plh, ). (Entered: 05/29/2007) |

| 05/22/2007 | 14 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) as to attorney Robert K. Handelman by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit# 2 Certificate of Good Standing)(plh, ) (Entered: 05/29/2007) |
|---|---|---|
| 05/23/2007 | 13 | ORDER granting 11 Motion to Appear Pro Hac Vice as to Sanford A. Meizlish. Signed by Judge Helen G. Berrigan on 5/23/07. (plh, ) (Entered: 05/29/2007) |
| 05/23/2007 | 15 | ORDER granting 14 Motion to Appear Pro Hac Vice as to Robert K. Handelman. Signed by Judge Helen G. Berrigan on 5/23/07. (plh, ) (Entered: 05/29/2007) |
| 05/29/2007 | 12 | Correction of Docket Entry by Clerk re 11 MOTION to Appear Pro Hac Vice; ***to attach affidavit and certificate of good standing*** (Attachments: # 1 Certificate of Good Standing) (plh, ) (Entered: 05/29/2007) |
| 06/04/2007 | 16 | ANSWER to Complaint by FedEx Home Delivery, FedEx Ground Package System, Inc..(Bubbett, Mary) (Entered: 06/04/2007) |
| 06/04/2007 | 17 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit)(plh, ) (Entered: 06/13/2007) |
| 06/04/2007 | 19 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit)(plh, ) (Entered: 06/13/2007) |
| 06/11/2007 | 18 | ORDER granting 17 Motion to Appear Pro Hac Vice as to Deborah R. Grayson. Signed by Judge Helen G. Berrigan on 6/11/07. (plh, ) (Entered: 06/13/2007) |
| 06/11/2007 | 20 | ORDER granting 19 Motion to Appear Pro Hac Vice as to Bruce H. Meizlish. Signed by Judge Helen G. Berrigan on 6/11/07. (plh, ) (Entered: 06/13/2007) |
| 06/12/2007 | 21 | MOTION to Appear Pro Hac Vice as to Peter D. Winebrake (Filing fee $5.) by all plaintiffs. (Attachments: # 1 Affidavit # 2 Certificate of Good Standing)(cak, ) (Entered: 06/18/2007) |
| 06/12/2007 | 23 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to John S. Marshal (Filing fee $5.) by all plaintiffs. (Attachments: # 1 Affidavit # 2 Certificate)(cak, ) (Entered: 06/18/2007) |
| 06/12/2007 | 25 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to Edward Reilley Forman (Filing fee $5.) by all plaintiffs. (Attachments: # 1 Affidavit # 2 Certificate)(cak, ) (Entered: 06/18/2007) |
| 06/12/2007 | 27 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to Mary D. Walsh-Dempsey (Filing fee $5.) by all plaintiffs. (Attachments: # 1 Affidavit # 2 Certificate)(cak, ) (Entered: 06/18/2007) |
| 06/12/2007 | 29 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to attorney Todd J. O'Malley (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit # 2 Certificate of Good Standing)(plh, ) (Entered: 06/18/2007) |
| 06/12/2007 | 31 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to Harold L. Lichten (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit # 2 Certificate of Good Standing)(plh, ) (Entered: 06/18/2007) |
| 06/12/2007 | 33 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice as to attorney Shannon Liss-Riordan (Filing fee $5.) by Troy Givens, Clarence Dalcour. (Attachments: # 1 Affidavit # 2 Certificate of Good Standing)(plh, ) (Entered: 06/18/2007) |

| 06/13/2007 | 22 | ORDER granting 21 Motion to Appear Pro Hac Vice as to Peter D. Winebrake on behalf of Plaintiffs. Signed by Judge Helen G. Berrigan on 6/13/2007. (cak, ) (Entered: 06/18/2007) |
|---|---|---|
| 06/13/2007 | 24 | ORDER granting 23 Motion to Appear Pro Hac Vice as to John S. Marshall on behalf of Plaintiffs. Signed by Judge Helen G. Berrigan on 6/13/2007. (cak, ) (Entered: 06/18/2007) |
| 06/13/2007 | 26 | ORDER granting 25 Motion to Appear Pro Hac Vice as to Edward R. Forman on behalf of Plaintiffs. Signed by Judge Helen G. Berrigan on 6/13/2007. (cak, ) (Entered: 06/18/2007) |
| 06/13/2007 | 28 | ORDER granting 27 Motion to Appear Pro Hac Vice as to Mary D. Walsh-Dempsey on behalf of Plaintiffs.. Signed by Judge Helen G. Berrigan on 6/13/2007. (cak, ) (Entered: 06/18/2007) |
| 06/13/2007 | 30 | ORDER granting 29 Motion to Appear Pro Hac Vice as to attorney Todd J. O'Malley. Signed by Judge Helen G. Berrigan on 6/13/07. (plh, ) (Entered: 06/18/2007) |
| 06/13/2007 | 32 | ORDER granting 31 Motion to Appear Pro Hac Vice as to Harold L. Lichten. Signed by Judge Helen G. Berrigan on 6/13/07. (plh, ) (Entered: 06/18/2007) |
| 06/13/2007 | 34 | ORDER granting 33 Motion to Appear Pro Hac Vice as to Shannon Liss-Riordan. Signed by Judge Helen G. Berrigan on 6/13/07. (plh, ) (Entered: 06/18/2007) |
| 06/18/2007 | 35 | ORDER TRANSFERRING CASE. Case transferred to Judge G. Thomas Porteous, Jr for all further proceedings. Judge Helen G. Berrigan no longer assigned to case. Signed by Judge Helen G. Berrigan on 6/18/07.(dmg, ) (Entered: 06/19/2007) |
| 06/22/2007 | 36 | NOTICE by Troy Givens, Clarence Dalcour *of the Notice of Troy Givens to File Consent To Join Suit As A Party Plaintiff*. (Attachments: # 1 Appendix A: Consent to Join by Troy Givens)(DeRose, Robert) (Entered: 06/22/2007) |
| 07/09/2007 | 37 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by Troy Givens, Clarence Dalcour. (dmg, ) (Entered: 07/12/2007) |
| 07/09/2007 | 39 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by all plaintiffs. (dmg, ) (Entered: 07/12/2007) |
| 07/09/2007 | 41 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by all plaintiffs. (dmg, ) (Entered: 07/12/2007) |
| 07/09/2007 | 43 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by all plaintiffs. (dmg, ) (Entered: 07/12/2007) |
| 07/09/2007 | 45 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $5.) by all plaintiffs. (dmg, ) (Entered: 07/12/2007) |
| 07/11/2007 | 38 | ORDER granting 37 Motion to Appear Pro Hac Vice as to George A. Barton. Signed by Judge G. Thomas Porteous Jr. on 7/11/07. (dmg, ) (Entered: 07/12/2007) |
| 07/11/2007 | 40 | ORDER granting 39 Motion to Appear Pro Hac Vice as to Salvatore G. Gangemi. Signed by Judge G. Thomas Porteous Jr. on 7/11/07. (dmg, ) (Entered: 07/12/2007) |
| 07/11/2007 | 42 | ORDER granting 41 Motion to Appear Pro Hac Vice as to Robert I. Harwood. Signed by Judge G. Thomas Porteous Jr. on 7/11/07. (dmg, ) (Entered: 07/12/2007) |

| 07/11/2007 | 44 | ORDER granting 43 Motion to Appear Pro Hac Vice as to Peter W. Overs, Jr. Signed by Judge G. Thomas Porteous Jr. on 7/11/07. (dmg, ) (Entered: 07/12/2007) |
|---|---|---|
| 07/11/2007 | 46 | ORDER granting 45 Motion to Appear Pro Hac Vice as to Matthew M. Houston. Signed by Judge G. Thomas Porteous Jr. on 7/11/07. (dmg, ) (Entered: 07/12/2007) |
| 07/16/2007 | 48 | ORDER from MDL panel to transfer to USDC, NDIN for consolidation with MDL 1700. (bbc, ) (Entered: 07/26/2007) |
| 07/26/2007 | 47 | NOTICE: Scheduling Conference set for 8/23/2007 02:30 PM before courtroom deputy by telephone, by Clerk.(dmg, ) (Entered: 07/26/2007) |
| 07/30/2007 | 49 | Order of MDL Transfer to District of Northern District of Indiana. MDL case number is 1700. Electronic file, certified copy of transfer order, and docket sheet sent.. Signed by Judge G. Thomas Porteous Jr. (CASE CLOSED)(dmg, ) Additional attachment(s) added on 8/6/2007 (dmg, ). (Entered: 08/06/2007) |
| 09/24/2010 | 50 | ORDER from MDL Panel that the stay of the Panel's conditional remand order filed on 8/20/2010 is LIFTED. The actions on the attached schedule are remanded to their respective transferor courts. (gec, ) (Entered: 09/27/2010) |
| 09/27/2010 | 51 | ORDER REASSIGNING CASE. Case reassigned to Judge Carl Barbier for all further proceedings. Judge G. Thomas Porteous, Jr no longer assigned to case. Signed by Chief Judge Sarah S. Vance.(gec, ) (Entered: 09/27/2010) |
| 09/29/2010 | 52 | MDL ORDER (Corrected) Lifting Stay of Conditional Remand Order. by MDL Panel.(sek, ) (Entered: 09/29/2010) |
| 10/18/2010 | 53 | (Court only) Mail Returned as Undeliverable re 51 Order Reassigning Case. Mail sent to George A. Barton. (sek, ) (Entered: 10/19/2010) |
| 01/04/2011 | 54 | NOTICE: Scheduling Conference set for 1/20/2011 10:45 AM before courtroom deputy by telephone, by Clerk.(sek, ) (Entered: 01/04/2011) |
| 01/14/2011 | 55 | (Court only) Mail Returned as Undeliverable re 54 Order. Mail sent to George A. Barton. (sek, ) (Entered: 01/18/2011) |
| 01/19/2011 | 56 | EXPARTE/CONSENT MOTION to Enroll as Counsel of Record by FedEx Ground Package System, Inc.. (Attachments: # 1 Proposed Order)(Bubbett, Mary) (Entered: 01/19/2011) |
| 01/20/2011 | 57 | ORDER: A preliminary conference was held on 1/20/11, to set trial & pretrial conference dates & deadlines in this matter. Counsel for the plaintiff informed the court that a motion for summary judgment was filed in this case while it was part of an MDL case, however, the docket sheet does not reflect such a motion. Therefore, plaintiff's will re-file the motion in this court by February 14, 2011. Further, counsel informed the court that they will file a motion to have this case transferred to the Federal Court in Ohio. This motion will also be filed by February 14, 2011. Counsel will request oral argument on both motions. This conference is CONTINUED until after these motions have been ruled upon. Signed by Judge Carl Barbier.(sek, ) (Entered: 01/20/2011) |
| 01/20/2011 | 59 | (Court only) Mail Returned as Undeliverable re 54 Order. Mail sent to Peter D. Winebrake. (sek, ) (Entered: 01/21/2011) |

| 01/21/2011 | 58 | ORDER granting 56 Motion to Enroll as Counsel of Record for Attorney James C. Gulotta, Jr for FedEx Ground Package System, Inc. Signed by Judge Carl Barbier on 1/20/11. (sek, ) (Entered: 01/21/2011) |
|---|---|---|
| 01/25/2011 | 62 | ORDER Lifting Stay of Conditional Remand Order. by MDL Panel. (Attachments: # 1 Notice of Manual Attachment, # 2 Notice of Manual Attachment)(sek, ) (Additional attachment(s) added on 2/9/2011: # 3 Sealed Exh 12 re Fedex's Opposition to Motion for Class Certificaion #873 in case 3:05md527, # 4 Sealed Exhibit 13 re Fedex's Opposition to Motion to Class Certification #873 in case 3:05md527) (sek, ). (Additional attachment(s) added on 2/18/2011: # 5 First Amended Complaint filed in MDL 1700) (sek, ). (Entered: 02/09/2011) |
| 01/28/2011 | 60 | (Court only) Mail Returned as Undeliverable re 57 Order. Mail sent to George A Barton (mmm, ) (Entered: 01/31/2011) |
| 01/28/2011 | 61 | (Court only) Mail Returned as Undeliverable re 58 Order on Motion to Enroll as Counsel of Record. Mail sent to George A Barton (mmm, ) (Entered: 01/31/2011) |
| 02/14/2011 | 63 | DEFICIENT: EXPARTE/CONSENT MOTION for Extension of Deadlines by Troy Givens. (DeRose, Robert) Modified on 2/15/2011 (mmm, ). (Entered: 02/14/2011) |
| 02/15/2011 | | NOTICE OF DEFICIENT DOCUMENT: re 63 Motion for Extension of Deadlines. Reason(s) of deficiency: Incorrect, illegible or incomplete document or improper formatting of PDF. Proposed Order not provided. For corrective information, see section(s) D01 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 2/22/2011.** (mmm, ) (Entered: 02/15/2011) |
| 02/15/2011 | | (Court only) ***Motions terminated: 63 MOTION for Extension of Deadlines filed by Troy Givens. (mmm, ) (Entered: 02/15/2011) |
| 02/16/2011 | | (Court only) *** Attorney Beth A. Ross, Susan E. Ellingstad, Peter J. Agostino added. (sek, ) (Entered: 02/16/2011) |
| 02/17/2011 | 64 | EXPARTE/CONSENT MOTION for Extension of Deadlines *with Proposed Order* by Troy Givens, et al. (Attachments: # 1 Proposed Order)(DeRose, Robert) Modified text on 2/17/2011 (sek, ). (Entered: 02/17/2011) |
| 02/18/2011 | 65 | ORDER granting 64 Motion for Extension of Deadline until 3/14/11 as set forth in document. Signed by Judge Carl Barbier on 2/17/11. (sek, ) (Entered: 02/18/2011) |
| 02/18/2011 | 66 | ORDERED that the parties file a status report with the Court within 20 days, or by 3/9/11. This status report shall include a description of the current status of the litigation; a description of all pending claims & unresolved issues; & a list of all remaining parties in the litigation & contact information for their counsel. FURTHER ORDERED that any party wishing to pursue a motion previously filed in MDL No. 1700 must re-file the motion with this Court before the Court will consider it. Signed by Judge Carl Barbier on 2/17/11.(sek, ) (Entered: 02/18/2011) |
| 02/22/2011 | 67 | (Court only) Mail Returned as Undeliverable re 62 Order. Mail sent to George Barton (mmm, ) (Entered: 02/24/2011) |
| 02/23/2011 | | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 63 Motion for Extension of Deadlines. (mmm, ) (Entered: 02/23/2011) |

| 03/02/2011 | 68 | (Court only) Mail Returned as Undeliverable re 65 Order on Motion for Extension of Deadlines. Mail sent to George A Barton (mmm, ) (Entered: 03/02/2011) |
|---|---|---|
| 03/02/2011 | 69 | (Court only) Mail Returned as Undeliverable re 66 Order. Mail sent to George A Barton (mmm, ) (Entered: 03/02/2011) |
| 03/08/2011 | 70 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $ 100 receipt number 053L-2850219) by Troy Givens. (Attachments: # 1 Affidavit, # 2 Certificate of Service, # 3 Proposed Order)(Ferraro, Monica) (Entered: 03/08/2011) |
| 03/09/2011 | 71 | STATUS REPORT by All Parties (Attachments: # 1 Exhibit A)(Bubbett, Mary) (Entered: 03/09/2011) |
| 03/11/2011 | 72 | ORDER granting 70 Motion to Appear Pro Hac Vice as to Victoria Kies Garoukian. Signed by Judge Carl Barbier on 3/9/2011. (mmm, ) (Entered: 03/11/2011) |
| 03/11/2011 | 73 | DEFICIENT: EXPARTE/CONSENT MOTION to Change Venue by Troy Givens. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Ferraro, Monica) Modified on 3/14/2011 (mmm, ). (Entered: 03/11/2011) |
| 03/14/2011 |  | NOTICE OF DEFICIENT DOCUMENT: re 73 Motion to Change Venue. Reason(s) of deficiency: Memorandum in Support or Notice of Submission not provided. For corrective information, see section(s) D12 on http://www.laed.uscourts.gov/cmecf /Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 3/21/2011.** (mmm, ) (Entered: 03/14/2011) |
| 03/14/2011 |  | (Court only) ***Motions terminated: 73 MOTION to Change Venue filed by Troy Givens. (mmm, ) (Entered: 03/14/2011) |
| 03/14/2011 | 74 | MOTION to Change Venue by Troy Givens. Motion set for 3/30/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(DeRose, Robert) (Entered: 03/14/2011) |
| 03/14/2011 |  | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 73 Motion to Change Venue. (mmm, ) (Entered: 03/14/2011) |
| 03/14/2011 | 75 | ERROR: DUPLICATE ENTRY OF DOCUMENT 77. EXPARTE/CONSENT MOTION to Sever *and Transfer* by Tim Ketterhagen. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Garoukian, Victoria) Modified on 3/15/2011 (mmm, ). (Entered: 03/14/2011) |
| 03/14/2011 | 76 | Statement by Kenneth Miner, Ernest Neal, III, Andy Parker, Jeff Smith, Michael Vosbein *Regarding Transfer and Summary Judgment* (Liss-Riordan, Shannon) (Entered: 03/14/2011) |
| 03/14/2011 | 77 | MOTION to Sever *and Transfer* by Tim Ketterhagen. Motion set for 3/30/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Proposed Order)(Garoukian, Victoria) (Entered: 03/14/2011) |
| 03/15/2011 | 78 | Correction of Docket Entry by Clerk re 75 MOTION to Sever *and Transfer*. This is a duplicate filing of document 77 and will be noted as such. No further action is necessary. (mmm, ) (Entered: 03/15/2011) |

| 03/15/2011 | | (Court only) ***Motions terminated: 75 MOTION to Sever *and Transfer* filed by Tim Ketterhagen. (mmm, ) (Entered: 03/15/2011) |
|---|---|---|
| 03/16/2011 | 79 | EXPARTE/CONSENT MOTION to Appear Pro Hac Vice (Filing fee $ 100 receipt number 053L-2873925) by Troy Givens. (Attachments: # 1 Affidavit, # 2 Proposed Order, # 3 Notice of Submission)(Ferraro, Monica) (Entered: 03/16/2011) |
| 03/21/2011 | 80 | ORDER granting 79 Motion to Appear Pro Hac Vice as to Tina L. Morin. Signed by Judge Carl Barbier on 3/18/2011. (mmm, ) (Entered: 03/21/2011) |
| 03/21/2011 | 81 | (Court only) Mail Returned as Undeliverable re 72 Order on Motion to Appear Pro Hac Vice. Mail sent to George A Barton (mmm, ) (Entered: 03/22/2011) |
| 03/22/2011 | 82 | RESPONSE/MEMORANDUM in Opposition filed by FedEx Ground Package System, Inc., FedEx Home Delivery re 77 MOTION to Sever *and Transfer*, 74 MOTION to Change Venue *and 76 Statement by Kenneth Miner, Ernest Neal, III, Andy Parker, Jeff Smith, Michael Vosbein Regarding Transfer and Summary Judgment.* (Bubbett, Mary) (Entered: 03/22/2011) |
| 03/28/2011 | 83 | DEFICIENT: MOTION to Sever by Michael Wise. Motion set for 3/28/2011 04:08 PM before Judge Carl Barbier. (Attachments: # 1 Memorandum in Support, # 2 Statement of Plaintiff, # 3 Proposed Order)(Morin, Tina) Modified on 3/29/2011 (mmm, ). (Entered: 03/28/2011) |
| 03/29/2011 | | NOTICE OF DEFICIENT DOCUMENT: re 83 Motion to Sever. Reason(s) of deficiency: Notice of Submission not provided. For corrective information, see section(s) D12 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 4/5/2011.** (mmm, ) (Entered: 03/29/2011) |
| 03/29/2011 | | (Court only) ***Motions terminated: 83 MOTION to Sever filed by Michael Wise. (mmm, ) (Entered: 03/29/2011) |
| 03/29/2011 | 84 | DEFICIENT: REPLY to Response to Motion filed by Troy Givens re 74 MOTION to Change Venue. (DeRose, Robert) Modified on 3/30/2011 (mmm, ). (Entered: 03/29/2011) |
| 03/29/2011 | 87 | (Court only) Mail Returned as Undeliverable re 80 Order. Mail sent to George A. Barton. (sek, ) (Entered: 04/01/2011) |
| 03/30/2011 | | NOTICE OF DEFICIENT DOCUMENT: re 84 Reply to Response to Motion. Reason(s) of deficiency: Leave of court is required to file this document. For corrective information, see section(s) D18 on http://www.laed.uscourts.gov/cmecf /Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 4/6/2011.** (mmm, ) (Entered: 03/30/2011) |
| 03/30/2011 | 85 | EXPARTE/CONSENT MOTION for Leave to File *Reply to FedEx Ground Package System Inc.'s Oppostion to Plaintiffs' Motion to Transfer Venue* by Attilio Catanese, Kevin Hiscox, Russell Jackson, Adelbert Lawrence, and Ralph Carl Veal. (Attachments: # 1 Exhibit, # 2 Proposed Order)(DeRose, Robert) Modified text on 3/31/2011 (sek, ). (Entered: 03/30/2011) |

| 03/30/2011 | 86 | MOTION to Sever & Transfer by Michael Wise. Motion set for 4/27/2011 09:30 AM before Judge Carl Barbier. (Attachments: # 1 Notice of Submission, # 2 Memorandum in Support, # 3 Statement of Plaintiff, # 4 Proposed Order)(Morin, Tina) Modified text on 3/31/2011 (sek, ). (Entered: 03/30/2011) |
|---|---|---|
| 04/04/2011 | 88 | ORDER granting 85 Motion for Leave to File Reply Memorandum. Signed by Judge Carl Barbier on 4/4/2011. (mmm, ) (Entered: 04/04/2011) |
| 04/04/2011 | 89 | REPLY to Response to Motion filed by Attilio Cantanese, Kevin Hiscox, Russell Jackson, Adelbert Lawrence, Ralph Carl Veal re 74 MOTION to Change Venue. (mmm, ) (Entered: 04/04/2011) |
| 04/06/2011 | | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 83 Motion to Sever. (mmm, ) (Entered: 04/06/2011) |
| 04/07/2011 | | (Court only) NOTICE for CRD - DEFICIENT DOCUMENT OVER DUE: re 84 Reply to Response to Motion. (mmm, ) (Entered: 04/07/2011) |
| 04/11/2011 | | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 84 Reply to Response to Motion. (mmm, ) (Entered: 04/11/2011) |
| 04/11/2011 | 90 | (Court only) Mail Returned as Undeliverable re 88 Order on Motion for Leave to File. Mail sent to George Barton (mmm, ) (Entered: 04/12/2011) |
| 04/19/2011 | 91 | RESPONSE/MEMORANDUM in Opposition filed by FedEx Ground Package System, Inc., FedEx Home Delivery re 86 MOTION to Sever *by Plaintiff Wise*. (Bubbett, Mary) (Entered: 04/19/2011) |
| 05/06/2011 | 92 | ORDER granting 74 Motion to Change Venue; granting 77 Motion to Sever; granting 86 Motion to Sever. Each of the twelve remaining Plaintiffs' claims, as described in the parties' Joint Status Report (Rec. Doc. 71), is to be severed and transferred to their home judicial district for all future proceedings. Signed by Judge Carl Barbier on 5/6/2011. (mmm, ) (Additional attachment(s) added on 5/24/2011: # 1 Transmittal Letters to Originating Judicial Districts) (mmm, ). (Entered: 05/06/2011) |
| 05/06/2011 | | (Court only) ***Civil Case Terminated per Order, Doc 92. (mmm, ) (Entered: 05/25/2011) |
| 05/12/2011 | 93 | ORDER: The Court recently granted Plaintiffs' Motions to Sever and Transfer (Rec. Docs. 74, 77, and 86) and ordered that each of the twelve remaining Plaintiffs' claims, as described in the parties' Joint Status Report (Rec. Doc. 66), is to be severed and transferred to their home judicial district for all future proceedings (See Rec. Doc. 92). Accordingly, IT IS ORDERED that each of the twelve remaining Plaintiffs must notify the Court by Friday, May 20, 2011, of their home judicial district so that the severance and transfer of each claim can be completed. Signed by Judge Carl Barbier on 5/11/11.(sek, ) (Entered: 05/12/2011) |
| 05/18/2011 | 94 | NOTICE by Tim Ketterhagen re 93 Order *Regarding Home Judicial District for Plaintiff Tim Ketterhagen-WI*. (Garoukian, Victoria) (Entered: 05/18/2011) |
| 05/20/2011 | 95 | NOTICE by Ralph Carl Veal re 93 Order *Regarding Home Judicial District for Plaintiff Ralph Carl Veal*. (DeRose, Robert) (Entered: 05/20/2011) |
| 05/20/2011 | 96 | Statement by Ernest Neal, III, Andy Parker, Jeff Smith, Michael Vosbein *Regarding Transfer* (Liss-Riordan, Shannon) (Entered: 05/20/2011) |

| 05/20/2011 | 97 | NOTICE by Attilio Cantanese re 93 Order *Regarding Home Judicial District for Plaintiffs Attilio Catanese, Kevin Hiscox, Russell Jackson, Adelbert Lawrence, Kenneth Miner*. (DeRose, Robert) (Entered: 05/20/2011) |
| 05/20/2011 | 98 | NOTICE by Michael Wise re 93 Order *Regarding Home Judicial District for Plaintiff Michael Wise*. (Morin, Tina) (Entered: 05/20/2011) |